## THE MARY LENAHAN.

## DOHERTY v. McWILLIAMS et al.

### (Circuit Court of Appeals, Third Circuit. November 1, 1894.)

### No. 4.

Appeal from the District Court of the United States for the District of New Jersey.

This was a libel by Charles McWilliams and Daniel McWilliams against the canal boat Mary Lenahan, her tackle, etc. (Patrick Doherty, claimant), for materials used and labor expended in making certain repairs. The district court rendered a decree for libelants, GREEN, District Judge, delivering the following opinion, January 23, 1894: "The evidence in this cause is very conflicting, the only undisputed fact being that the libelants did repair the boat in question. After a careful consideration of the whole case, however, I have reached the conclusion that the libel should be sustained." The claimant thereupon appealed.

Stewart & Macklin, for appellant.

John Griffin, for appellees.

Before SHIRAS, Circuit Justice, and ACHESON and DALLAS, Circuit Judges.

DALLAS, Circuit Judge. By the assignments of error, it is alleged, in general terms, that the decree of the court below is erroneous. This allegation has not been sustained. No question of law is presented by the record, or is suggested by the argument which has been submitted on behalf of the appellant. The district court, upon the conflicting evidence which was before it, reached the conclusion that the libel should be sustained, and our own examination of that evidence satisfies us that this conclusion is correct. Therefore, the decree is affirmed with costs.